## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

FILED

GAIL A. LEONZI

v.                                          Civil No.  3:01CV1111(JGM)

CITY OF BRIDGEPORT, WILLIAM SHAW
AND DENNIS BUCKLEY

### JUDGMENT

This matter came on for consideration on defendants' motion for summary judgment before the Honorable Joan G. Margolis, United States Magistrate Judge.  A Consent to Trial before a United States Magistrate Judge was approved on November 5, 2002.

The Court has reviewed all of the papers filed in conjunction with the motion and on February 10, 2004, entered an Opinion  granting defendants' motion for summary judgment.

It is therefore ORDERED and ADJUDGED that  judgment  is entered for the defendants'  and the case is closed.

Dated at New Haven, Connecticut, this 11th day of February 2004.

KEVIN F.  ROWE, CLERK
By

Patricia A. Moore
Deputy Clerk

EOD:_____