UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GAIL A. LEONZI | : | |
| | : | |
| VS. | : | NO. 3:01CV1111 (JGM) |
| | : | |
| CITY OF BRIDGEPORT, | : | |
| DENNIS BUCKLEY and | : | |
| WILLIAM SHAW | : | MARCH 8, 2004 |

**A P P E A L**

The plaintiff appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered against her on February 11, 2004, of which a copy is attached hereto.

                      THE PLAINTIFF

                      BY_____
                          JOHN R. WILLIAMS (ct00215)
                          51 Elm Street
                          New Haven, CT 06510
                          203/562-9931
                          FAX:  203/776-9494
                          E-Mail: jrw@johnrwilliams.com
                          Her Attorney

**CERTIFICATION**

A copy hereof was mailed on the date above stated to Office of City Attorney, 999 Broad Street, Bridgeport, CT 06604.

_____
JOHN R. WILLIAMS