# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:** March 10, 2004        **TO:** Intake Clerk

**FROM:** Rebecca Rodko 203-773-2140

**CASE TITLE:** Leonzi vs Bridgeport, et al

**DOCKET NO.:** 3:01cv1111(JGM)

**NOTICE OF APPEAL:** filed: March 9, 2004

**APPEAL FROM:** final judgment: **X**

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:** Paid ✓    Due ____    N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:** CJA ____    Retained ✓    Pro Se ____

**TIME STATUS:** Timely ✓    Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____    Denied ____

**COA:** Granted ____    Denied ____

**COMMENTS AND CORRECTIONS:**

FILED 2004 MAR 24 PM 1:36 U.S. DISTRICT COURT NEW HAVEN CONN

---

**I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.**

SIGNED: _Stanley A. Hadden_    DATE: 03/19/04
**DEPUTY CLERK, USCA**

USCA No. _____.