UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GAIL A. LEONZI | : | |
| | : | |
| VS. | : | NO. 3:01CV1111 (JGM) |
| | : | |
| CITY OF BRIDGEPORT, | : | |
| DENNIS BUCKLEY and | : | |
| WILLIAM SHAW | : | JUNE 22, 2004 |

**INDEX TO RECORD ON APPEAL**

                DOCUMENT NO.

VOLUME I

| | |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Complaint, filed 6/18/01 (Doc. # 1) | 2 |
| Answer and Affirmative Defenses, filed 1/30/02 (Doc. # 7) | 3 |
| Consent to Magistrate Judge, filed 11/05/02 (Doc. # 13) | 4 |
| Motion for Summary Judgment, filed 7/21/03 (Doc. # 27) | 5 |
| Memorandum, filed 7/21/03 (Doc. # 28) | 6 |
| Statement of Material Facts, filed 7/21/03 (Doc. # 28) | 7 |
| Motion to Strike 56(a)1 Statement, filed 8/11/03 (Doc. #29) | 8 |
| Brief In Opposition to Summary Judgment, filed 8/11/03 (Doc. #30) | 9 |

| | |
|---|---|
| Motion To File Substitute 56(a)1, filed 8/11/03 (Doc. #31) | 10 |
| Supplemental Opposition to Summary Judgment, filed 8/20/03 (Doc. #32) | 11 |
| Plaintiff's Statement of Material Facts, filed 8/22/03 (Doc. #32) | 12 |
| Defendants' Substitute Statement of Material Facts, filed 8/25/03 (Doc. #34) | 13 |
| Order Regarding Supplemental Responses, filed 9/17/03 (Doc. #35) | 14 |
| Plaintiff's Revised Statement of Material Facts, filed 10/14/03 (Doc. #36) | 15 |
| Plaintiff's Revised Opposition, filed 10/14/03 (Doc. #37) | 16 |
| Summary Judgment Ruling, filed 2/10/04 (Doc. #38) | 17 |
| Judgment, filed 2/11/04 (Doc. #39) | 18 |
| Notice of Appeal, filed 3/09/04 (Doc. #40) | 19 |
| Clerk's Certificate | |