NHCT

A3

I HEREBY CERTIFY... OF THE
CERTIFIED COPY OF ... ES AND
INDEX IN LIEU OF RECORD ON APPEAL

DATE: 7/14/04

Roseann B. MacKechnie
CLERK, U.S.C.A. 2ND CIRCUIT

FILED
JUN 22  10 37 AM '04
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GAIL A. LEONZI

VS.

CITY OF BRIDGEPORT,
DENNIS BUCKLEY and
WILLIAM SHAW

NO. 3:01CV1111 (JGM)

JUNE 22, 2004

## INDEX TO RECORD ON APPEAL

DOCUMENT NO.

### VOLUME I

| | |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Complaint, filed 6/18/01 (Doc. # 1) | 2 |
| Answer and Affirmative Defenses, filed 1/30/02 (Doc. # 7) | 3 |
| Consent to Magistrate Judge, filed 11/05/02 (Doc. # 13) | 4 |
| Motion for Summary Judgment, filed 7/21/03 (Doc. # 27) | 5 |
| Memorandum, filed 7/21/03 (Doc. # 28) | 6 |
| Statement of Material Facts, filed 7/21/03 (Doc. # 28) | 7 |
| Motion to Strike 56(a)1 Statement, filed 8/11/03 (Doc. #29) | 8 |
| Brief In Opposition to Summary Judgment, filed 8/11/03 (Doc. #30) | 9 |

04-1-4-3 9cv

Motion To File Substitute 56(a)1, filed 8/11/03 (Doc. #31) — 10

Supplemental Opposition to Summary Judgment, filed 8/20/03 (Doc. #32) — 11

Plaintiff's Statement of Material Facts, filed 8/22/03 (Doc. #32) — 12

Defendants' Substitute Statement of Material Facts,
filed 8/25/03 (Doc. #34) — 13

Order Regarding Supplemental Responses, filed 9/17/03 (Doc. #35) — 14

Plaintiff's Revised Statement of Material Facts, filed 10/14/03 (Doc. #36) — 15

Plaintiff's Revised Opposition, filed 10/14/03 (Doc. #37) — 16

Summary Judgment Ruling, filed 2/10/04 (Doc. #38) — 17

Judgment, filed 2/11/04 (Doc. #39) — 18

Notice of Appeal, filed 3/09/04 (Doc. #40) — 19

Clerk's Certificate